359 A.2d 888

Commonwealth v. Williams, Appellant.

Argued June 18, 1976. R. Switzer, with him Lee Mandell, for appellant; Ian Comisky, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 672

Commonwealth v. Williams, Appellant.

Argued June 16, 1976. Marshall E. Kresman, with him Walder, Martin & Kresman, for appellant; James W. Wilson, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.